UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIBROM MOSAZGI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN ASHCROFT, et al.,<br><br>　　　　　Respondents. | 1:04-cv-05078 AWI TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION TO DISMISS FOR MOOTNESS<br>(Doc. 25)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　On February 28, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that Respondent's Motion to Dismiss be granted and the petition for writ of habeas corpus be DISMISSED as moot because Petitioner was no longer in ICE custody. (Doc. 25). The Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. Petitioner's copy of the Report and Recommendation was returned to the Court as "undeliverable" on March 14, 2005, with a stamp indicating "Not in Custody." (Doc. 26). Neither party has filed objections to the

Magistrate Judge's Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued February 28, 2005, (Doc. 25) is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is Dismissed; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

IT IS SO ORDERED.

Dated:     April 20, 2005                    /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE